UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>V.<br><br>JEFFREY MULLINS<br>   Defendant. | CRIMINAL ACTION NO.<br>7:92-CR-35-JMH-1<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

By agreement of the Judges, it is hereby **ORDERED** that this matter is **REASSIGNED** to the Honorable United States District Judge Robert E. Wier for all further proceedings.

Dated: September 26, 2022.



Signed By:
Joseph M. Hood
Senior U.S. District Judge